

Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

FILED

December 29, 2014

Third Court of Appeals
Jeffrey D. Kyle
Clerk

December 29, 2014

Third Court of Appeals
via email


Re:     Court of Appeals Number: 03-13-00456-CR
        Trail Court Number:  40237


Style:  PATRICK EDWARD DAVIS
        v.
        The State of Texas

        Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above referenced case on December 18, 2014.


Sincerely,

Casie Walker

Casie Walker
District Clerk